USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DORIS MONROY SANTOS,  :
:
Plaintiff,  :
:
-against-  :  7:19-cv-2697-GHW
:
NANCY A. BERRYHILL, Acting Commissioner :  ORDER
of Social Security,  :
:
Defendant.  :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 10, 2020, Plaintiff filed a motion for attorneys' fees. Dkt Nos. 20-22. Defendant is directed to respond no later than fourteen days from the date of this order.

SO ORDERED.

Dated: June 10, 2020

_____
GREGORY H. WOODS
United States District Judge