USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DORIS MONROY SANTOS,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

**MEMORANDUM ENDORSED**

Civil Action No.:
7:19-cv-02697-GHW-KHP

## PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Plaintiff, by her attorneys, respectfully requests an adjournment and rescheduling of the oral argument currently scheduled in this case for June 26, 2020 at 3:00 P.M. Counsel for Plaintiff currently has a conflict with this date. However, counsel for Plaintiff is available to appear by telephone at a rescheduled oral argument on July 1, 2, 7, and 8. This firm has contacted counsel for Defendant, who has advised that she is available for a rescheduled oral argument on all of these dates as well.

Dated: June 25, 2020

                Respectfully submitted,

                By:   /s/Charles E. Binder
                      CHARLES E. BINDER
                      Law Office of Charles E. Binder
                      And Harry J. Binder, LLP
                      485 Madison Avenue, Suite 501
                      New York, NY 10022
                      (212)-677-6801
                      Fedcourt@binderlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of June, 2020, I electronically filed Plaintiff's Unopposed Motion to Reschedule Oral Argument with the Clerk of Court using the CM/ECMF system, which will send notification at the time of such filing to all registered case participants.

Application granted.  The telephone conference scheduled for June 26, 2020 is adjourned to July 1, 2020 at 3 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt No. 26.

SO ORDERED.

Dated: June 26, 2020

_____
GREGORY H. WOODS
United States District Judge